UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERIN N. HELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-cv-01213-SPM |
| | ) |
| UNITED PARCEL SERVICE, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on self-represented Plaintiff's application to proceed in district court without prepayment of fees and costs. Based on Plaintiff's financial information, the Court will grant the application and waive the filing fee. In addition, Plaintiff will be ordered to cure the following defect in her employment discrimination complaint.

Plaintiff brings this action under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act of 1990, and the Rehabilitation Act of 1973, for alleged employment discrimination. "In order to initiate a claim under Title VII a party must timely file a charge of discrimination with the EEOC and receive a right-to-sue letter." *Stuart v. General Motors Corp.*, 217 F.3d 621, 630 (8th Cir. 2000). Although Plaintiff has attached a copy of her right-to-sue letter to her complaint, she has not provided the Court with a copy of her charge of discrimination. Consequently, the Court will order Plaintiff to supplement the complaint by submitting a copy of her charge of discrimination so that the Court may ascertain whether Plaintiff's claims in her complaint are like or reasonably related to the claims outlined in her charge. *See Duncan v. Delta Consolidated Indus., Inc.,* 371 F.3d 1020, 1024 (8th Cir. 2004).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application to proceed in district court without prepayment of fees and costs is **GRANTED**.  [ECF No. 2]

**IT IS FURTHER ORDERED** that Plaintiff shall submit a copy of her charge of discrimination within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this Court's Order may result in a dismissal of this action, without prejudice.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of August, 2025.